
**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
DISTRICT OF VERMONT
FEDERAL BUILDING
BURLINGTON, VERMONT 05402-0945

JEFFREY S. EATON
CLERK

☒ P.O. BOX 945
BURLINGTON 05402-0945
(802) 951-6301

☐ P.O. BOX 607
RUTLAND 05702-0607
(802) 773-0245

February 23, 2026

Heather A. Govern, Esq.
Conservation Law Foundation
62 Summer Street
Boston, MA 02110

John C. M. Overstreet, Esq.
Karl S. Coplan, Esq.
Conservation Law Foundation
Vermont Advocacy Center
15 East State Street, Suite 4
Montpelier, VT 05602

Claudine C. Safar, Esq.
Courtney E. Butler, Esq.
Miles M. Stafford, Esq.
Monaghan Safar PLLC
27 Main Street
Burlington, VT 05401

Re:   *Conservation Law Foundation, Inc. et al v. Vorsteveld Farm, LLP*
      Docket No. 2:25-cv-916

Dear Counsel:

      Pursuant to Local Rule 16.1, the above-referenced case is subject to Early Neutral Evaluation (ENE). Based on relevant areas of practice and geographical proximity to the parties, provided below are potential evaluators from the Court's roster.[1]

      James A. Dumont, Esq., Bristol, Vermont
      William A. Fead, Esq., South Burlington, Vermont
      Gary L. Franklin, Esq., Burlington, Vermont

      The intention is that all parties strive to agree on one evaluator. If all parties are unable to agree, each "side" may strike the name of one potential evaluator pursuant to L.R. 16.1(e)(1)(C). Parties also have the option of stipulating to an evaluator of their own choosing as set forth in L.R. 16.1(d)(4).

      Regardless of the method, please note that you are required to file your selection with the Court by **March 12, 2026**.[2]

      Please do not hesitate to contact me with any questions.

Sincerely,

*/s/ Lisa Wright*
Acting ENE Administrator
(802) 951-8116

---

[1] A full list of the Court's ENE roster is available at http://www.vtd.uscourts.gov/early-neutral-evaluation-ene.
[2] If selecting evaluator on Court roster, use CM/ECF event *ENE Documents – Evaluator Selection Response.*
If stipulating to evaluator under L.R. 16.1(d)(4), use CM/ECF event *ENE Documents – ENE by Stipulation.*