**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF VERMONT**

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>VORSTEVELD FARM, LLP,<br><br>*Defendant*. | Case No. 2:25-cv-00916-GWC |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION TO STRIKE**
**DEFENDANT'S AFFIRMATIVE DEFENSES**

Plaintiffs Conservation Law Foundation, Inc. and Vermont Natural Resources Council

hereby withdraw their Motion to Strike Defendant's Affirmative Defenses (ECF No. 13) in light

of Defendant's filing of its First Amended Answer on March 19, 2026 (ECF No. 16-1).

As required by Local Rule 7(a)(7), Plaintiffs sought Defendant's agreement

before filing the motion. On March 3, 2026, Plaintiffs shared a draft copy of the motion with

Defendant's attorneys for their consideration. On March 5, 2026, Defendant concluded that it

"will not be withdrawing the six affirmative defenses identified in [Plaintiffs'] motion.

[Defendant] intends to amend [its] answer to add detail to support [its] defenses." E-mail

from Miles M. Stafford, Esq., Monaghan Safar PLLC, to John C. Mason Overstreet, Senior

Attorney, Conservation Law Foundation (Mar. 5, 2026). Plaintiffs filed the motion on March 5,

2025.

The parties met and conferred on March 17, 2026, during which Defendant expressed its

intent to amend its Answer. Defendant filed its First Amended Answer and an opposition to the

motion on March 19, 2026. Because the amended answer resolves some of the deficiencies

identified in Plaintiffs' motion and any remaining issues are better addressed through later,

1

appropriate briefing, Plaintiffs withdraw their Motion to Strike Defendant's Affirmative

Defenses (ECF No. 13) at this time.


Dated: March 24, 2026                    Respectfully submitted,

                                         CONSERVATION LAW FOUNDATION, INC.

                                         */s/ Mason Overstreet*
                                         John C. Mason Overstreet, VT Bar No. 5711
                                         R. Scott Sanderson, VT Bar No. 6369
                                         Heather A. Govern (*pro hac vice*)
                                         Karl S. Coplan (*pro hac vice*)
                                         15 East State Street, Suite 4
                                         Montpelier, VT 05602
                                         moverstreet@clf.org
                                         (802) 622-3010

                                         VERMONT NATURAL RESOURCES COUNCIL

                                         /s/ *Jon Groveman*
                                         Jon Groveman, VT Bar No. 3176
                                         11 Baldwin Street
                                         Montpelier, VT 05602
                                         jgroveman@vnrc.org
                                         (802) 249-7736

                                         ATTORNEYS FOR PLAINTIFFS