DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 AUG 11 A 10: 22

BY _____
DEPUTY CLERK



## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF VERMONT

CONSERVATION LAW FOUNDATION,
INC., et al.,

*Plaintiffs,*

v.

VORSTEVELD FARM, LLP,

*Defendant.*

Case No. 2:25-cv-00916-GWC

## AMENDED STIPULATED DISCOVERY SCHEDULE/ORDER

The Parties jointly submit the following amended stipulated discovery schedule and proposed order:

1. All dates in this Order are in the current year 2026. The Court may, for good cause shown, extend any deadline in this Order or in its previous order, ECF No. 33.

2. The parties shall produce all documents responsive to their previously served document requests and serve privilege logs identifying all responsive documents withheld on privilege or work-product grounds on or before <u>August 14</u>.

3. The parties shall use best efforts to resolve any outstanding discovery disputes related to their previously served document requests by <u>September 1</u>.

4. The Parties agree that Entry onto Land will occur on <u>October 7</u>.

5. Subject to the scope and limitations of this Order and the Court's July 6, 2026 Order, ECF No. 33, the parties shall serve any necessary discovery requests by <u>August 1</u> and respond no later than <u>September 1</u>. In the case of a response to a document request, the response must include: (1) production of all responsive documents; and (2) service of a privilege log that complies with the Federal Rules of Civil Procedure and

1

the Local Rules and identifies all responsive materials withheld as privileged or work-product protected.

6. If a deposition uncovers the existence of non-produced, relevant documents, the party possessing those documents shall produce them within ten days after receiving an email identifying the testimony that revealed their existence.

7. The parties shall use best efforts to complete depositions of all relevant fact witnesses by November 2. Without limiting the foregoing, Defendant shall produce for deposition each previously noticed, relevant, deponent on a mutually agreeable date to occur before November 2.

8. Defendant shall make available for deposition each affiant, including each expert affiant, on whom it relies in its MSJ, no later than October 19.

9. If Plaintiffs rely on any expert affidavit in responding to Defendant's MSJ, Plaintiffs shall serve that affidavit on or before November 2 and make the affiant available for deposition on or before November 23.

10. Plaintiffs shall file any responsive materials to Defendant's Motion for Summary Judgment, ECF No. 26, December 4.

11. Reply Memoranda, if any may be filed by January 4, 2027.

12. Surreply Memoranda, if any, may be filed only in accordance with the Federal Rules of Civil Procedure, the Local Rules, and any further order of the Court.

13. The Early Neutral Evaluation session shall be conducted on September 1, 2026 at 10:00 AM EDT. The parties have agreed that Gregory S. Clayton will serve as the early neutral evaluator.

14. The parties understand that this discovery schedule and subsequent order relate only to "discovery relevant to the summary judgment issues" referenced in the Court's

July 6, 2026 Order, ECF No. 33 at 3.

15. Further proceedings in this case, including trial-related discovery and expert discovery, will be addressed by subsequent order of the Court.

_____8/7/2026_____
*Date*

_____/s/Mason Overstreet, Esq._____
*Counsel for Plaintiff(s)*

_____8/7/2026_____
*Date*

_____/s/Miles M. Stafford, Esq._____
*Counsel for Defendant(s)*

**APPROVED and SO ORDERED:**

Date:    11 August 2026

Geoffrey W. Crawford
U.S. District Judge